UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MATIN SHAHBAZ ALI
ABADI

PETITIONER

VERSUS

CIVIL ACTION NO. 5:26-CV-251-DCB-RPM

RAFAEL VERGARA

RESPONDENT

**ORDER**

Before the Court is Petitioner Matin Shahbaz Ali Abadi's motion to amend his petition for habeas corpus filed pursuant to 28 U.S.C. § 2241.  Petitioner does not seek to make substantive changes to his petition.  Rather, he merely asks to correct certain dates.  Specifically, he requests to change the BIA decision date to July 16, 2025, instead of June 17, 2025.  He also requests to change the date he was taken into immigration custody to July 25, 2025, instead of July 25, 2024.  Finally, he requests to add to the file a third custody review dated April 14, 2026.  To the extent Petitioner seeks to make these non-substantive amendments, his motion is granted, and the Court will take these amendments into consideration when reviewing the § 2241 petition.  Petitioner is advised that he does not need to amend his petition each time there is a custody review or other procedural development in his case.

IT IS THEREFORE ORDERED AND ADJUDGED that Petitioner's [7] Motion to Amend is GRANTED, subject to the provisions outlined in this order.

SO ORDERED AND ADJUDGED, this the 4th day of June 2026.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE