UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MATIN SHAHBAZ ALI ABADI                                         PETITIONER

VERSUS                                CIVIL ACTION NO. 5:26-CV-251-DCB-RPM

RAFAEL VERGARA                                                 RESPONDENT

## ORDER DIRECTING STATUS UPDATE

This matter is before the Court *sua sponte*.  On March 30, 2026, Shahbaz Ali Abadi filed a pro se [1] Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  Petitioner is a native and citizen of Iran.  At the time the petition was filed, he was an immigration detainee housed at the Adams County Correctional Center in Natchez, Mississippi.  He has been in ICE custody since July 2024.  On January 17, 2025, an Immigration Judge ordered Petitioner removed to Iran.  The Board of Immigration Appeals dismissed Petitioner's appeal on July 16, 2025, at which time his order of removal became final.

Respondent filed an answer on May 13, 2026.  [9].  According to Respondent, the Government is in the process of seeking to remove Petitioner to Iran.  In a declaration dated May 12, 2026, Respondent recited its numerous communications with ERO regarding Petitioner's removal status.  [9-2].  Given the length of time Petitioner has been detained following his final order of removal, and considering controlling precedent of *Zadvydas v. Davis*, 533 U.S. 678 (2001), the Court directs Respondent to provide an update regarding Petitioner's removal.  This response should include a detailed description of efforts that have been made since May 12, 2026, to effectuate his removal.

2

IT IS THEREFORE ORDERED that, **on or before August 28, 2026**, Respondent shall file a status update in compliance with this Order.

SO ORDERED AND ADJUDGED, this the 7th day of August 2026.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE